IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WEIS-BUY SERVICES, INC. and            )
BRIGIOTTA'S PRODUCE &                  )
GARDEN CENTER,                         )
                                       )
    Plaintiffs,                        )
                                       )
    v.                                 )   Civil No. 00-121 Erie
                                       )
RALPH PAGLIA, JR., in his individual   )
capacity, and AUGUST J. SCOLIO, JR.,   )
in his individual capacity,            )
                                       )
    Defendants.                        )

## ORDER

The United States Court of Appeals for the Third Circuit, No. 04-1890, having reversed the Judgment of the Court dated March 9, 2004, and remanded to this Court for further proceedings, the following Order is hereby entered.

AND NOW, to-wit, this __6th__ day of July, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of Defendant August J. Scolio, Jr, and against Plaintiffs Weis-Buy Services, Inc. and Brigiotta's Produce & Garden Center

                                                                             _/s/ Maurice B. Cohill, Jr._
                                                                             Maurice B. Cohill, Jr.,
                                                                             Senior District Judge

cc: David A. Edelman, Esq.
Keaton & Associates, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, IL 60067

Theodore B. Ely, Esq.
Ely & Smith
23 West Tenth ST
Erie, PA 16501

Kenneth W. Wargo, Esq.
Quinn, Buseck, Leemius, Toohey & Kroto, Inc.
2222 West Grandview BLVD
Erie, PA 16505